of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Drye, Jr.* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Morton K. Rothschild* for respondent.

No. 619. CREEK INDIANS NATIONAL COUNCIL ET AL. *v.* SINCLAIR PRAIRIE OIL CO. ET AL. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Merrill S. Bernard* for petitioners. *Messrs. Edward H. Chandler, Ralph W. Garrett, Summers Hardy, John Rogers,* and *Carter Smith* for respondents.

No. 623. DISTRICT OF COLUMBIA *v.* VIGNAU ET AL. December 4, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Richmond B. Keech* and *Vernon E. West* for petitioner. *Mr. Joseph T. Sherier* for respondents.

No. 625. JEFFERS *v.* ISAACKS, INDEPENDENT EXECUTOR. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. J. O. Seth* and *Edwin Mechem* for petitioner.

No. 628. HOUSE *v.* UNITED STATES ET AL. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Earl Pruet* for petitioner. *Solicitor General Fahy, Assistant Attorney*